MEMORANDUM                    RECEIVED

TO:     U.S. Probation Office
                                        Nov 16  11 02 AM '04
FROM:   Alice Montz

DATE:   November 15, 2004                    U.S. PROBATION

RE:     3:03cr275 (SRU)

        Presentence Report returned to U.S. Probation Office as
        to Nathan Johnson

****************************************************************

Ten days have passed since the defendant was sentenced and no
appeal has been filed. Therefore, we are returning the original
Presentence Report to you pursuant to Local Rule 32(j).

Please acknowledge receipt on the attached copy of this
memorandum and return it to the Clerk's Office.


Enclosure:      ORIGINAL PRESENTENCE REPORT

Received by:    [signature]

Date:           11/16/04